UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DR. DONALD OWEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 2:20-cv-02010-CSB-EIL |
| URBANA SCHOOL DISTRICT #116, | ) ) ) |
| Defendant. | ) |

### REPORT OF RULE 26(f) PLANNING MEETING

NOW COMES Plaintiff, Dr. Donald Owen, being represented by Ronald S. Langacker, and Defendant being represented by Frank B. Garrett III, hereby submit the following proposed discovery dates:

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by March 1, 2020

2. The deadline for amendment of pleadings is June 1, 2020.

3. The deadline for joining additional parties is June 1, 2020.

4. Plaintiff shall disclose experts and provide expert reports by August 21, 2020. Plaintiff shall make any such experts available for deposition by September 11, 2020.

5. Defendant shall disclose experts and provide expert reports by October 9, 2020. Defendant shall make any such experts available for deposition by October 30, 2020.

6. All discovery, including deposition of experts, is to be completed by January 15, 2021.

7. The deadline for filing case dispositive motions shall be March 3, 2021.

8. The parties do not anticipate that there will be any issues concerning the disclosure or discovery of electronically stored information. Electronically stored information may be produced in paper format.

| | |
|---|---|
| By: /s/ Ronald S. Langacker_____ | By: /s/ Frank B. Garrett III |
| Ronald S. Langacker #6239469 | Frank B. Garrett III #6192555 |
| Langacker Law, Ltd. | Robbins Schwartz Nicholas Lifton & Taylor |
| 210 N. Broadway Ave. | 55 West Monroe St., Suite 800 |
| Urbana, Illinois 61801 | Chicago, Illinois 60603 |
| (217) 954-1025 | (312) 332-7760 |
| ron@langackerlaw.com | fgarrett@robbins-schwartz.com |

## **O R D E R**

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before _____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before _____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before _____ on _____ (Case No. 15-2008).

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| DR. DONALD OWEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 2:20-cv-02010-CSB-EIL |
| URBANA SCHOOL DISTRICT #116, | ) ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

The undersigned attorney of record hereby certifies that on February 10, 2020, he electronically filed the foregoing **Report of Rule 26(f) Meeting** together with proposed order, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Frank B. Garrett III (#6192555)
ROBBINS SCHWARTZ NICHOLAS
LIFTON & TAYLOR, LTD.
55 West Monroe Street, Suite 800
Chicago, Illinois 60603-5144
(312) 332-7760
fgarrett@robbins-schwartz.com

                                          Ronald S. Langacker #6239469
                                          Langacker Law, Ltd.
                                          210 N. Broadway Ave.
                                          Urbana, Illinois 61801
                                          (217) 954-1025
                                          ron@langackerlaw.com