**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| DR. DONALD OWEN, | ) |
|           Plaintiff, | ) |
| v. | ) No.: 2:20-cv-02010-CSB-EIL |
| BOARD OF EDUCATION OF URBANA SCHOOL DISTRICT #116, JOHN H. DIMIT, ANNE HALL, BRENDA CARTER, PAUL POULOSKY, PEGGY PATTON, and TORI EXUM, | ) Magistrate Judge Eric Long |
|           Defendants. | ) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Now Come Defendants, **BOARD OF EDUCATION OF URBANA SCHOOL DISTRICT 116 (the "District"), JOHN H. DIMIT, ANNE HALL, BRENDA CARTER, PAUL POULOSKI, PEGGY PATTON and TORI EXUM (the "Individual Defendants"),** by and through their attorneys, Frank B. Garrett III and Tyler J. Bohman of ROBBINS SCHWARTZ NICHOLAS LIFTON & TAYLOR, LTD., and pursuant to Local Rule 7.1(B)(3) seek leave of this Honorable Court to file a Reply to Plaintiff's Response to Defendants' Motion to Dismiss. In support thereof, Defendants state as follows:

1. On May 11, 2020, Defendants filed their Motion to Dismiss Plaintiff's Six Count Second Amended Complaint pursuant to Federal Rule 12(b)(6). Defendants' Motion argues for dismissal of Counts III, IV, V, and VI of the Second Amended Complaint.

2. On May 26, 2020, Plaintiff filed his 12-page Response to Defendants' Motion to Dismiss.

3. Defendants seek leave of this Court, pursuant to Local Rule 7.1(B)(3), to file a Reply to Plaintiff's Response due to the complex nature of the claims at issue and to address the many erroneous factual and legal arguments in Plaintiff's Response.

4. Allowing Defendants to submit a Reply will serve the interest of this Court by providing additional argument on complex claims and respond to assertions made by Plaintiff that are not contained within his Second Amended Complaint.

**WHEREFORE**, Defendants pray that this Honorable Court enter an order:

A. Granting Defendants leave of Court to file a Reply brief of no more than 8 pages in length; and

B. For any other such relief as this Honorable Court deems just and appropriate under the circumstances.

Dated: May 28, 2020

Respectfully submitted,

**BOARD OF EDUCATION OF URBANA SCHOOL DISTRICT 116, JOHN H. DIMIT, ANNE HALL, BRENDA CARTER, PAUL POULOSKI, PEGGY PATTON and TORI EXUM**

By: /s/ Tyler J. Bohman
One of Defendants' Attorneys

Frank B. Garrett III (6192555)
Tyler J. Bohman (6315219)
**ROBBINS SCHWARTZ NICHOLAS LIFTON & TAYLOR, LTD.**
55 West Monroe Street, Suite 800
Chicago, Illinois 60603
Tel. (312) 332-7760
Fax (312) 332-7768

**CERTIFICATE OF SERVICE BY ELECTRONIC MAILING**

    I hereby certify that I electronically filed the **DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system on this 28th day of May, 2020, which constitutes service on all counsel of record, registered filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.9:

                                                        s/ Tyler J. Bohman
                                                         One of Defendants' Attorneys