**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| DR. DONALD D. OWEN, </br>     Plaintiff, </br> </br> vs. </br> </br> BOARD OF EDUCATION OF </br> URBANA SCHOOL DISTRICT #116, </br> JOHN H. DIMIT, ANNE HALL, </br> BRENDA CARTER, PAUL POULOSKY, </br> PEGGY PATTEN and TORI EXUM, </br>     Defendants. | Case No. 2:20-cv-02010-CSB-EIL </br></br> Judge Eric I. Long |

## DEFENDANTS' NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on December 14, 2020, Defendants, **BOARD OF EDUCATION OF EDUCATION OF URBANA SCHOOL DISTRICT 116**, by its counsel, Frank B. Garrett III and Tyler J. Bohman, served upon the counsel of Plaintiff, **DR. DONALD D. OWEN**, the following:

- **DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST TO PRODUCE; AND**

- **DEFENDANT'S PRIVILEGE LOG.**

## CERTIFICATE OF SERVICE

I, Tyler J. Bohman, an attorney hereby certify that the undersigned served a copy of this Notice and the referenced discovery documents upon Ronald S. Langacker, ron@langackerlaw.com, by transmitting a copy of same by e-mail on the 14TH day of December, 2020, which constitutes service upon all counsel of record.

Respectfully submitted,

**BOARD OF EDUCATION OF EDUCATION OF URBANA SCHOOL DISTRICT 116**

By: /s/Tyler J. Bohman
    One of Defendants' Attorneys

Frank B. Garrett III (6192555)
Tyler J. Bohman (6315219)
**ROBBINS SCHWARTZ NICHOLAS**
  **LIFTON & TAYLOR, LTD.**
55 West Monroe, Suite 800
Chicago, IL  60603-5144
Telephone (312) 332-7760
Fax (312) 332-7768